# SANDERS LAW PLLC

ATTORNEYS & COUNSELORS AT LAW

SANDERS LAW PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-281-7601

February 28, 2018

<u>*Via ECF*</u>

Honorable Robert W. Sweet, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   **Re:** ***FameFlynet, Inc., v. The Shoshanna Collection, LLC and Shoshanna Group, Inc.***
      **Docket No: 1:16-cv-07645-RWS**

Dear Judge Sweet:

  We are the attorneys for Plaintiff *FameFlynet, Inc.* in the above-captioned matter and write to inform the Court that Defendants have not paid either Plaintiff's awarded attorney fees (DE #61) or the damages (DE #42), despite repeated correspondence to Defendants' counsel requesting compliance.

  As the Court is aware, on October 5, 2017, Your Honor Ordered Defendants to pay the sum of $750.00 in damages for intentional copyright infringement. Thereafter, on February 1, 2018, Your Honor Ordered Defendants to pay the sum of $17,620 in attorneys' fees. Despite the Court's clear and unequivocal Orders, Defendants have paid nothing to date, this despite repeated demand to Defendants' counsel.

  As a result of Defendants' failure or refusal to comply with this Court's Orders, Plaintiff respectfully requests that the Court sanction Defendants and/or their counsel for violating the Court's Order(s), and further enter a judgment against Defendants, which Plaintiff may then enforce if Defendants continue to refuse to abide by this Court's previous Orders.

  Plaintiff has also incurred additional fees in addressing this matter and request that any additional measures necessary to ensure compliance with this Court's Orders be considered in a supplemental fee request.

            Respectfully submitted,

            */s/ Craig B. Sanders*
            Craig B. Sanders, Esq.

cc: All parties via ECF system