

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806

www.pryorcashman.com

**Robert J. deBrauwere**

Direct Tel: 212-326-0418
RdeBrauwere@PRYORCASHMAN.com

February 28, 2018

**VIA FACSIMILE & E-MAIL [SweetNYSDChambers@nysd.uscourts.gov]**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Facsimile: (212) 805-7925

    Re:    *FameFlynet, Inc. v. The Shoshanna Collection, LLC, et al.*, **16-cv-07645-RWS**

Dear Judge Sweet:

    We are counsel for Defendants The Shoshanna Collection, LLC and Shoshanna Group, Inc. (collectively, "Defendants") in the above-referenced action. We regret that we are compelled to write to Your Honor in response to Plaintiff's misleading letter submitted earlier today.

    On February 1, 2018, Your Honor affirmed his initial judgment granting Plaintiff $750.00 in damages, and further granted Plaintiff $17,620.00 in attorneys' fees. As has been communicated with Plaintiff's counsel, Defendants are actively considering their options with respect to filing an appeal. Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, Defendants are granted thirty days following Your Honor's order to file such an appeal. Accounting for the fact that March 3, 2018 is a Saturday, Defendants have until **March 5, 2018** to file a notice of appeal.

    Prior to Plaintiff's submission of their letter this morning, Defendants had assured Plaintiff's counsel that by the March 5th deadline, Defendants will either a) file a notice of appeal (posting a bond, if and as necessary), or b) satisfy their obligations pursuant to the judgment.

    Since the February 1 Order, Plaintiff's counsel has sent us three one-sentence e-mails, asking for an update regarding payment. On February 7, Ms. Carvajal asked: "In light of the below Order, please advise when we can expect payment." On that same date we informed her that: "We are discussing with our client and will revert to you shortly." On February 14, Ms. Carvajal asked "Just following up on this to see whether there is an update from your client." I responded that same day that I have been ill, and will confer with our client and respond soon. Ms. Carvajal's last email on February 21, again consisting of one sentence, stated: "Just following up on this from

2853783 v1
12682.00002

**PRYOR CASHMAN LLP**

Honorable Robert W. Sweet
February 28, 2018
Page 2

your last update. Please advise. Thank you." We called her that day and advised that our clients are considering their rights to an appeal.

Given the brevity of Plaintiff's counsel's communications, which, collectively, could have taken no more than a few minutes to write, the only "additional fees" Plaintiff's counsel could have possibly incurred since the February 1 Order is the senseless, frivolous and misleading letter submitted to Your Honor this morning, which is of a piece with the manner in which Plaintiff's counsel have conducted themselves throughout this proceeding. Accordingly, we ask that Your Honor ignore that letter.

Respectfully submitted,

Robert J. deBrauwere