**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
Southern District of New York

File Number 1:16-CV-7645-RWS

FameFlynet, Inc.

        *Plaintiff,*       )

        v.             )        Notice of Appeal

The Shoshanna Collection, LLC, et al.  )

        *Defendant.*     )

Notice is hereby given that The Shoshanna Collection, LLC and Shoshanna Group, Inc. , (plaintiffs) (defendants) in the above-named case\*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the First day of February , 20 18 .

      /s/
      Robert J. deBrauwere

      Attorney for The Shoshanna Collection, LLC and Shoshanna Group, Inc.
      Address: 7 Times Square
      New York, New York 10036

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

\*See Rule 3(c) for permissible ways of identifying appellants