**MANDATE**

N.Y.S.D. Case #
16-cv-7645(RWS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of March, two thousand and eighteen.

_____

FameFlynet, Inc.,

    Plaintiff - Appellee,

v.

The Shoshanna Collection, LLC, Shoshanna Group, Inc.,

    Defendants - Appellants.

_____

**ORDER**

Docket No. 18-633

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 20, 2018

Appellants move to withdraw the appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/20/2018